## Mr. & Mrs. Henry PLAISANCE, Jr., Plaintiffs–Appellants,

v.

## TEXACO, INC., et al., Defendants–Appellees.

### No. 90–3183.

United States Court of Appeals, Fifth Circuit.

Feb. 11, 1992.

Joseph J. Weigand, Jr., Weigand, Weigand & Meyer, Houma, La., for plaintiffs-appellants.

David E. Faure and John D. Fitzmorris, Jr., New Orleans, La., for Texaco.

J. Ralph White and Robert B. Acomb, Jr., Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, La., for Crosby Marine.

Before POLITZ, Chief Judge, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, E. GARZA and DeMOSS, Circuit Judges.*

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this case shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.

* Judge Duhé is recused, and therefore did not participate in this decision.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.